IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACOB PETTERSON,

            Plaintiff,

v.

                                                  Case No. 20-cv-678-wmc

ANDREW M. SAUL,
Commissioner of Social Security,

            Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, Commissioner of Social Security against plaintiff Jacob Petterson dismissing this case for lack of prosecution.

| s/ K. Frederickson, Deputy Clerk | 2/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |